UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

FILED
January 30, 2006

No. 06-121
CR-96-6-V

In Re: PURVIS H. GORMLEY

Movant

FILED
CHARLOTTE, N. C.

FEB - 1 2006

U. S. DISTRICT COURT
W. DIST. OF N. C.

O R D E R

Movant has filed a motion pursuant to 28 U.S.C. Section 2244 for authorization to file a successive application for relief.

The Court denies the motion.

Entered at the direction of Judge Traxler with the concurrence of Judge Wilkinson and Judge Motz.

For the Court,

/s/ Patricia S. Connor
---
CLERK