

**NORTH CAROLINA WESTERN**
**MEMORANDUM**

Date: July 2, 2018

To: The Honorable Graham Mullen
Senior U.S. District Court Judge

From: Jake Stoltenberg
U.S. Probation Officer

Subject: Purvis Gormley
Docket No. 3:96CR6-5
Permission to Travel to Nassau, Bahamas

---

This is in reference to the above-named defendant, convicted on 06/03/1997 of Conspiracy to Possess with Intent to Distribute and Distribute Cocaine, Cocaine Base, Heroin and Marijuana and sentenced to Two Hundred and Ninety-Two (292) months imprisonment to run concurrently with 3:96CR12-02 followed by 10 years of supervised release to run concurrently with 3:96CR12-02. Special Conditions: (1) $50.00 special assessment.

This officer would note the defendant has an outstanding restitution balance remaining as a result of the Judgment in case 3:96CR12-02. He was originally ordered to pay restitution in the amount of $91,800.00 ($88,020.00 outstanding balance as of 06/28/2018) and pay a special assessment of $325.00 (satisfied). The defendant has maintained monthly payments of $50 since beginning supervision on 03/29/2013. Supervision in case 3:96CR12-02 expired on 03/28/2016. The defendant is currently receiving disability benefits and works as a barber when he is physically able to do so.

Mr. Gormley has requested permission to travel via cruise ship to Nassau, Bahamas with his girlfriend, Felicia Caldwell. The trip has been financed by the defendant's daughters, Ayanna Gormley Johnson and Acril Gormley. The ship will leave Charleston, SC on 07/19/2018, dock in Nassau, Bahamas on 07/21/2018, and return to Charleston, SC on 07/23/2018. This officer would respectfully recommend the defendant be allowed to travel as he has remained in compliance with all terms of his conditions of supervised release and maintains regular payment of his restitution.

Thank you for your attention in the matter, and should Your Honor have any questions, please contact me directly at (704) 591-9875.

The Court Orders:

**[ XX ]	Permission to Travel Approved**
[  ]	Permission to Travel Denied
[  ]	Other

Signed: July 2, 2018

Graham C. Mullen
United States District Judge