IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:96cr6-5

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| PURVIS GORMLEY, | ) | |
| Defendant. | ) | |
| | ) | |

This matter is before the Court upon the defendant's Motion for Early Termination of Supervised Release, filed April 1, 2020. No objection has been filed by the government. Upon review of the motion and consultation with USPO, the Court hereby GRANTS defendant's motion to end his term of supervised release, however, defendant shall remain liable for any remaining fines and restitution.

IT IS SO ORDERED.

Signed: January 20, 2021

Graham C. Mullen
United States District Judge